# UNITED STATES DISTRICT COURT
## District of Minnesota

U.S. Equal Employment Opportunity Commission,

    Plaintiff,

v.

St. Cloud Area Family YMCA,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-3738 LMP/LIB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    the joint motion for entry of the consent decree (ECF No. 16) is **GRANTED**.

Date: 5/7/2025

KATE M. FOGARTY, CLERK